# NO. 12-14-00326-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WESLEY SAUNDERS,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, Wesley Saunders, attempts to appeal from an order denying his motion for judgment nunc pro tunc to correct his presentence jail time credit. The denial of a motion for judgment nunc pro tunc is not an appealable order. ***Everett v. State***, 82 S.W.3d 735, 735 (Tex. App.–Waco 2002, pet. dism'd) (mem. op.); ***Allen v. State***, 20 S.W.3d 164, 165 (Tex. App.–Texarkana 2000, no pet.). Accordingly, we ***dismiss*** the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f); ***Abbott v. State***, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008).

Opinion delivered December 10, 2014
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 10, 2014**

**NO. 12-14-00326-CR**

**WESLEY SAUNDERS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-0588-12)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*